```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  DAVID M. HARRIS
    Assistant United States Attorney
 3  Chief, Civil Division
 4  CEDINA M. KIM
    Assistant United States Attorney
 5  Senior Litigation Counsel, Civil Division
 6  SUSAN L. SMITH, CSBN 253808
    Special Assistant United States Attorney
 7  Social Security Administration
 8  Office of the General Counsel
    Office of Program Litigation, Office 7
 9     6401 Security Boulevard
10     Baltimore, Maryland 21235
       Telephone: (510) 970-4827
11     Facsimile: (415) 744-0134
12     E-mail: susan.l.smith@ssa.gov
13                                                            ✓ JS-6
    Attorneys for Defendant
14
15
                        UNITED STATES DISTRICT COURT
16
17                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
18                              EASTERN DIVISION
19
20  KYLE ANDREW TRUSSELL,              Case No. 5:23-cv-01149-AS
21           Plaintiff,                 [PROPOSED] JUDGMENT OF REMAND
22           v.
23
24  KILOLO KIJAKAZI, Acting
    Commissioner of Social Security,
25
              Defendant.
26
27
28
```

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED:  October 17, 2023              / s / Sagar
                                      HON. ALKA SAGAR
                                      UNITED STATES MAGISTRATE JUDGE