LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KYLE ANDREW TRUSSELL, | No. 5:23-cv-01149-AS |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of THREE THOUSAND SEVEN HUNDRED SIXTY-TWO DOLLARS AND 33/100 ($3,762.33), and zero ($0.00) costs, subject to the terms of the stipulation.

DATE:  November 20, 2023            / s / Sagar
                                        HON. ALKA SAGAR
                                        UNITED STATES MAGISTRATE JUDGE